# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSHUA JAY BUSBY, <br><br> Plaintiff, <br><br> v. <br><br> DEAN SANDERS et al., <br><br> Defendants. | **DISMISSAL ORDER <br> & MEMORANDUM DECISION** <br><br> Case No. 1:13-CV-85 CW <br><br> District Judge Clark Waddoups |

Plaintiff, inmate Joshua Jay Busby, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2014), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated January 23, 2014, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Almost five months later, Plaintiff has yet to file anything new.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 18th day of June, 2014.

BY THE COURT:

JUDGE CLARK WADDOUPS
United States District Court